# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1582
LT Case No. 2018-30232-CICI

_____

JACK ABERMAN, BRIAN
ABERMAN, and GEA SEASIDE
INVESTMENT, INC.,

     Appellants,

     v.

AVAIL 2, LLC; THE CITY OF
DAYTONA BEACH; DEPARTMENT
OF TREASURY - INTERNAL
REVENUE SERVICE; VOLUSIA
COUNTY, FLORIDA; CITY OF
SOUTH DAYTONA; and KATHLEEN
CARRINGTON,

     Appellees.

_____


On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Erin M. Berger and Melissa A. Giasi, of Giasi Law, P.A., Tampa,
for Appellants.

Andrew Fulton, IV, of Kelley, Fulton, Kaplan & Eller, P.L., West
Palm Beach, for Appellee, Avail 2, LLC.

No Appearance for Remaining Appellees.

March 26, 2024

PER CURIAM.

AFFIRMED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____